AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Edwin Rodriguez ) | Case No: 00-30027-MAP |
| ) | USM No: 90557-038 |
| Date of Previous Judgment: 04/11/2002 ) | Judith Mizner, Esq. |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
   ☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __152__ months **is reduced to** __Time Served__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __29__         Amended Offense Level: __29__
Criminal History Category: __V__       Criminal History Category: __VI__
Previous Guideline Range: __140__ to __175__ months    Amended Guideline Range: __140__ to __175__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☑ Other (explain):
   The court departed from the Career Offender guidelines to the otherwise applicable Chapter 2 and 3 guideline calculations.

**III. ADDITIONAL COMMENTS**
   The defendant is to release to a Community Corrections Center where he will remain for up to six months or until such time that he secures a residence approved by the U.S. Probation Department. The defendant will be required to abide by all the rules of that facility.

Except as provided above, all provisions of the judgment dated __04/11/2002__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __11/01/2011__

Effective Date: __November 1, 2011__
(if different from order date)

Judge's signature

Douglas P. Woodlock, U.S.D.J.
Printed name and title